### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:15-CV-065-RJC-DCK

| | | |
|---|---|---|
| **RICHARD C BURKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | <u>**ORDER**</u> |
| | ) | |
| **NEW YORK LIFE INSURANCE** | ) | |
| **COMPANY, UNUM GROUP, UNUM LIFE** | ) | |
| **INSURANCE COMPANY OF AMERICA,** | ) | |
| **and  PROVIDENT LIFE AND ACCIDENT** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Charles McB. Sasser, concerning Heather K. Karrh on February 11, 2015.  Ms. Heather K. Karrh seeks to appear as counsel *pro hac vice* for Plaintiff Richard C. Burke.   Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.**  Ms. Heather K. Karrh is hereby admitted *pro hac vice* to represent Plaintiff Richard C. Burke.

Signed: February 11, 2015

David C. Keesler
United States Magistrate Judge